AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 10:08 am, Oct 22, 2020

# United States District Court
## Southern District of Georgia

RALPH DORSAINVIL

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:20-cv-59

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated October 22, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Respondent's Motion to Dismiss is DENIED as moot and Dorsainvil's Petition is DISMISSED without prejudice. Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: October 22, 2020

John Triplett, Acting Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03